447 A.2d 648

Commonwealth v. McIntyre, Appellant.

Argued October 20, 1981. Joseph A. Balsama, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

447 A.2d 648

Commonwealth v. Roggio, Appellant.

Argued April 22, 1982. Michael J. Rutenberg, for appellant; A. Sheldon Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.